**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEVIN YAN LUIS, on behalf of himself and all others similarly situated,<br><br>                Plaintiffs,<br>-against-<br><br>Fantasia Trading, LLC,<br><br>                Defendant. | Case No. 1:22-cv-02848-JPC<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL**<br>**WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Jericho, New York
              September 1, 2022

                                              Respectfully submitted,

                                              **/s/ Noor A. Saab**
                                              By: Noor A. Saab Esq.
                                              380 North Broadway, Suite 300
                                              Jericho, New York 11753
                                              Tel (718)740-5060
                                              Email: NoorASaabLaw@gmail.com
                                              *Attorney for Plaintiff*